# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVEREST NATIONAL INSURANCE COMPANY, | CASE NO. CV F 08-1695 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** |
| vs. | |
| VALLEY FLOORING SPECIALTIES, | |
| Defendant. / | |
| VALLEY FLOORING SPECIALTIES, | |
| Counterclaimant, | |
| vs. | |
| EVEREST NATIONAL INSURANCE COMPANY, | |
| Counterdefendant. / | |

This Court GRANTS the parties' stipulation to dismiss with prejudice the entire action, including the complaint and counter-complaint, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. 27), VACATES all pending dates, and DIRECTS the clerk of court to close this action.

IT IS SO ORDERED.

**Dated:   December 24, 2009**              /s/ Lawrence J. O'Neill
                                                                           UNITED STATES DISTRICT JUDGE